MINUTE ENTRY           9:30 a.m.


Elaine Chao, et al -vs- Mariana Fashions, Inc.


PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
   Gilbert Birnbrich, Law Clerk
   Sanae Shmull, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   David Collins, Attorney for U.S. Department of Labor
   Norman Garcia, Attorney for U.S. Department of Labor
   Barbara Matthews, Attorney for U.S. Department of Labor
   Michael Dotts, Attorney for Defendants

PROCEEDINGS: MOTION TO LIMIT OR EXCLUDE EVIDENCE/MOTION TO SEAL TRIAL WITNESS LISTS AND TO BAR DISCLOSURE TO NON-PARTIES OF EMPLOYEE-WITNESS IDENTITIES

Plaintiffs were represented by Attorneys David Collins, Norman Garcia, and Barbara Matthews for U.S. Labor Department.  Defendants were represented by Attorney Michael Dotts.

Attorney Collins argued the motions.  Attorney Dotts argued on behalf of the Defendants.

Court, after hearing all argument, ruled that both parties would be able to take 10 witness depositions and that these must take place on Saipan.  Further, Court ordered that the parties meet in Chambers to discuss witness disclosure statements.

       Adjourned 10:10 a.m.
;   [KLL EOD 10/16/2003]